**File Hashes for IP Address 67.164.177.114**

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/21/2013 00:18:12 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |
| 03/08/2013 23:21:09 | 1C4F479C91043C50CD6D583970F5C55133A9299D | Red Satin |
| 03/01/2013 04:10:18 | CD69E4743A9C9E11DBD898BAEA008CB141732429 | Mad Passion |
| 02/01/2013 05:50:25 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 01/08/2013 11:34:58 | C527F2A1A02D1E95207E9341B304D9D4B74F5AC3 | Spur Of The Moment |
| 11/02/2012 23:01:01 | 533F0D9A9E6CFBA33E9BD3B0EB753473F8922DE5 | Still With Me |
| 10/24/2012 01:01:19 | 54BBEB2E485E8FA60FED3C4503A772B3BB18DE65 | A Day to Remember |
| 10/05/2012 02:48:00 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 09/11/2012 02:00:15 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 07/28/2012 18:59:35 | C642B94A916A7C227085C79AADFDCF40541C6466 | Morning Tryst |
| 07/24/2012 01:16:29 | 1E1888B4C8CAAD426E92FC980B348E8C8A89520B | Wet Dream |
| 06/29/2012 00:28:35 | 2603FA843D7DA698E0D38DD27525A472CFC61685 | Yoga in the Sky |
| 06/26/2012 03:22:24 | 6778E1BB616874E8EDFCCB39BBAD28ABA01CBE8B | Happy Couple |
| 06/03/2012 03:29:00 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CO140