**Copyrights-In-Suit for IP Address 67.164.177.114**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| Circles of Bliss | PENDING | 03/20/2013 | 04/01/2013 | 03/21/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/26/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/01/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/28/2012 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/08/2013 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 06/03/2012 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/08/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/02/2012 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/24/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/05/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/01/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/29/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  14**

EXHIBIT B