**Expanded Surveillance of IP Address 67.164.177.114**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Hit Date  UTC | Filename |
|---|---|
| 04/08/2013 | EuroSexParties - More Than Good - Angel Snow, Sophie.Lynx |
| 04/07/2013 | naughty_nikita_big.wmv |
| 04/06/2013 | Taylor.wmv |
| 04/05/2013 | cr11509_800.mp4 |
| 04/05/2013 | The Big Bang Theory S06E20 HDTV x264-LOL[ettv] |
| 04/04/2013 | bgb_valentina_nappi_480p_1000.mp4 |
| 04/03/2013 | 18YearsOld - Bedroom Pound - Sara.Luv |
| 04/03/2013 | bb11563_1500.mp4 |
| 04/02/2013 | mgbfjenniferdarkdanny_qt.mp4 |
| 03/31/2013 | WowPorn - Awesome Threesome - Aimee Ryan.Nikol |
| 03/31/2013 | ShesGonnaSquirt - Tiffany Fox.mp4s |
| 03/30/2013 | IKnowThatGirl - Roommate Revenge.Rahyndee |
| 03/27/2013 | Natalia Starr - Back For More HD720p (reshi5531) |
| 03/27/2013 | mgbfkenziesonny_qt.mp4 |
| 03/26/2013 | Addicted To Love (Presley Hart) XXX (2013) |
| 03/25/2013 | BangBrosRemastered - Flower Tucci, Olivia.O'Lovely |
| 03/25/2013 | BangBus - Phoenix Marie, Ava.Addams |
| 03/25/2013 | rws_anissa_ava_480p_1000.mp4 |
| 03/25/2013 | Family Guy S11E16 HDTV x264-LOL[ettv] |
| 03/23/2013 | X-Art - Circles Of Bliss.Addison |
| 03/23/2013 | VA - Dance 2006 Summer Session (2006) - Dance [www.torrentazos.com].rar |

EXHIBIT C

CO140

| Hit Date UTC | Filename |
|---|---|
| 03/22/2013 | CumFiesta - Cameron Canada.mp4 |
| 03/22/2013 | Pure18 - Anastasia.Morna |
| 03/21/2013 | EuroSexParties - Denise Sky.Leda |
| 03/21/2013 | Oral Exchange (Issa Rose) XXX (2013) |
| 03/19/2013 | mdhgadrianalevi_qt.mp4 |
| 03/19/2013 | Family Guy S11E15 HDTV x264-LOL[ettv] |
| 03/17/2013 | brf11313_1500-kweli.mp4 |
| 03/17/2013 | DormInvasion - Fun and games with some hot porn.mp4 |
| 03/17/2013 | UFC.158.St-Pierre.v.Diaz.16th.March.2013.HDTV.x264-Sir.Paul |
| 03/16/2013 | nubilefilms.-.-.-.sticky_and_sweet_960.mp4 |
| 03/15/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/13/2013 | btas_lizz_tayler02_480p_1000.mp4 |
| 03/13/2013 | Aprilia_Cock.-.-.Obsessed_Cutie_SD.mp4 |
| 03/12/2013 | mwhfnikitajordan_qt.mp4 |
| 03/12/2013 | Collegerules - Fun Loving Coeds [720p].mp4 |
| 03/12/2013 | Family Guy S11E14 HDTV x264-LOL[ettv] |
| 03/09/2013 | TRUST.-.Integral.(15.Albums).rar |
| 03/09/2013 | Roxanne Rae - Insatiable Girl HD720p (reshi5531) |
| 03/09/2013 | x-art_mia.-.-.danny_red_satin_540.mp4 |
| 03/08/2013 | The Big Bang Theory S06E18 HDTV x264-LOL[ettv] |
| 03/07/2013 | mfhgviviebill_qt.mp4 |
| 03/05/2013 | mdhgrahyndeelevi_qt.mp4 |
| 03/03/2013 | UFC.on.Fuel.TV.Silva.vs.Stan.2nd.March.2013.HDTV.x264-Sir.Paul |
| 03/03/2013 | eroticsnap_lilly_youbelongtome_540.mov |
| 03/02/2013 | 2013 - Steven Wilson - The Raven That Refused To Sing (And Other Stories) |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 03/02/2013 | ass_at_attention_big-kweli.mp4 |
| 03/02/2013 | College Girls Are Sexy.mp4 |
| 03/01/2013 | x-art_kaylee_kyle_mad_passion_540.mp4 |
| 03/01/2013 | Mahoromatic |
| 02/27/2013 | MySistersHotFriend - Alexis Monroe, Jessie Rogers.mp4 |
| 02/25/2013 | UFC.157.Rousey.v.Carmouche.23rd.Feb.2013.HDTV.x264-Sir.Paul |
| 02/24/2013 | CrueltyParty - Holly Michaels wmv XVID |
| 02/24/2013 | DareDorm.13.02.08.Double.Team.XXX.INTERNAL.HR.FLV-KTR[rarbg] |
| 02/22/2013 | The Big Bang Theory S06E17 HDTV x264-LOL[ettv] |
| 02/22/2013 | pup_vikky.-.-.480p_1000.mp4 |
| 02/21/2013 | HerSexDebut - Megan (Anjelica, Abby) (Fit Blonde Loves Sex.mp4 |
| 02/20/2013 | WakeUpNFuck Gina Gerson.mp4 |
| 02/19/2013 | Family Guy S11E13 HDTV x264-LOL[ettv] |
| 02/17/2013 | Hardfucktales_Marya_Group_sex_video_with_three_strangers.mp4 |
| 02/15/2013 | The Big Bang Theory S06E16 HDTV x264-LOL[ettv] |
| 02/15/2013 | 18OnlyGirls - High Heels Temptress - Anjelica [1080p].mp4 |
| 02/14/2013 | amazing_alice_big.mp4 |
| 02/13/2013 | tlib_lizz_tayler03_480p_1000.mp4 |
| 02/12/2013 | c1184_naomi_sd.mp4 |
| 02/12/2013 | Family Guy S11E12 HDTV x264-LOL[ettv] |
| 02/10/2013 | prnfle1531x.avi |
| 02/08/2013 | CollegeRules - Fuck Fest [720p].mp4 |
| 02/07/2013 | bb11296_Emily_1500.mp4 |
| 02/06/2013 | mshfnatalielevi_qt.mp4 |
| 02/05/2013 | pup_el_storm_sg102512_480p_2600.wmv |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/03/2013 | UFC.156.Aldo.vs.Edgar.2nd.Feb.2013.HDTV.x264-Sir.Paul.mp4 |
| 02/02/2013 | Wreck.It.Ralph.2012.DVDSCR.XViD.AC3-LEGi0N |
| 02/02/2013 | HerSexDebut - Kirah (Hot Blonde Chick First Porno ) ** HOT ** 2013.mp4 |
| 02/02/2013 | HerSexDebut - Angla (Hot Amateur Chick Performs Great BJ ) ** HOT ** 29 JANUARY 2013 .mp4 |
| 02/01/2013 | Earth Wind and Fire - Greatest Hits.rar |
| 02/01/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/01/2013 | The Big Bang Theory S06E14 HDTV x264-LOL[ettv] |
| 01/31/2013 | DaringSex - Megan Coxxx (Mind )** 30 January 2013 ** CumBucKeTs.wmv |
| 01/31/2013 | Jelena_Nubiles_Hardcore.avi |
| 01/30/2013 | Czechav - CzechAmateurs 61 [720p].wmv |
| 01/29/2013 | Family Guy S11E11 HDTV x264-LOL[ettv] |
| 01/27/2013 | ExploitedTeens - Beautiful 19 Year Old Blonde.wmv |
| 01/26/2013 | dm_riley_evans_480p_1000.mp4 |
| 01/26/2013 | Karina (Pussy Pounding).mp4 |
| 01/25/2013 | cr11181_800.mp4 |
| 01/23/2013 | BangBus_Katlyn_Snow_1500.mp4 |
| 01/22/2013 | Rilynn Rae (21.01.2013) Cocaine.mp4 |
| 01/21/2013 | Ladyboy.Adventures.2.EvilAngel.WEBDL.2012_iyutero.com |
| 01/21/2013 | pup_vikky_480p_1000.mp4 |
| 01/20/2013 | UFC.on.FX.Belfort.vs.Bisping.19th.Jan.2013.HDTV.x264-Sir.Paul |
| 01/20/2013 | Trinity.St.Clair.Front.Porch.Pussy.Teenfidelity.2013_iyutero.com.mp4 |
| 01/19/2013 | Britney.Young.Make.Up.Sex.Is.Best.TwistysHard.2013_iyutero.com.wmv |
| 01/18/2013 | Mischa.Brooks.Amazing.Mischa.MonsterCurves.2013_iyutero.com.mp4 |
| 01/18/2013 | Teal.Conrad.Wiggle.And.Giggle.Pure18.2013_iyutero.com.mp4 |
| 01/16/2013 | TeensLikeItBig - Riley Reid.mp4 |

EXHIBIT C

CO140

| Hit Date  UTC | Filename |
|---|---|
| 01/14/2013 | Homemade Emo Girl Fucked In School Uniform.avi |
| 01/14/2013 | MyDadsHotGirlfriend - Jenni Lee.wmv |
| 01/14/2013 | Family Guy S11E10 HDTV x264-LOL[ettv] |
| 01/13/2013 | Tiffany Fox - Gym Banging HD720p (reshi5531) |
| 01/13/2013 | bmf11129_800-chkm8te.mp4 |
| 01/11/2013 | The Big Bang Theory S06E13 HDTV x264-LOL[ettv] |
| 01/10/2013 | SonicGenerations.FLT |
| 01/08/2013 | x-art_ivy_spur_of_the_moment_720.wmv |
| 01/08/2013 | v6366 - Ashley.mp4 |
| 01/08/2013 | How The Grinch Stole Christmas (2000) |
| 01/08/2013 | FuckedHard18 - Nadia ** HOT ** 9 January 2013 |
| 01/07/2013 | PublicAgent - Agata **NEW ** 6 January 2012.mp4 |
| 01/07/2013 | Family Guy S11E09 HDTV x264-LOL[ettv] |
| 01/06/2013 | PervsOnPatrol Jade Couture My Project Your Ass.mp4 |
| 01/05/2013 | Mischa Brooks - Stage Tight (reshi5531) |
| 01/04/2013 | The.Big.Bang.Theory.S06E12.HDTV.XviD-AFG |
| 01/04/2013 | Amateur porn with a young slut |
| 01/03/2013 | 13.01.02.Jasmine Maybach_BigNaturals_ImgZilla.mp4 |
| 01/03/2013 | btaw_eva_sophie_480p_2000.mp4 |
| 01/02/2013 | MikesApartment Stacy Silver And Kathy Anderson.avi |
| 01/01/2013 | therealworkout_luna_star_full_hi_720hd.mp4 |
| 12/31/2012 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 12/30/2012 | UFC.155.Dos.Santos.vs.Velasquez.29th.Dec.2012.HDTV.x264-Sir.Paul |
| 12/30/2012 | btaw_chanel_krissy_nicole_tanya_480p_2000-chkm8te.mp4 |
| 12/28/2012 | DaringSex - Kari.wmv |

EXHIBIT C

CO140

| Hit Date  UTC | Filename |
| --- | --- |
| 12/28/2012 | Rise of the Guardians 2012 TS NEW SOURCE x264 AAC-UNiQUE |
| 12/27/2012 | Culioneros - Hot Brunette with an Incredible Body - Valentina Nappi [720p].mp4 |
| 12/27/2012 | mdhgrachelstarrbill_2k.wmv |
| 12/25/2012 | Sadie Holmes - In-Home Massage HD720p (reshi5531) |
| 12/25/2012 | The Amazing Spider-man 2012 BRRip 720p [H264 Masta - 26k] |
| 12/25/2012 | American.Dad.S08E07.HDTV.XviD-AFG |
| 12/25/2012 | Family Guy S11E08 HDTV x264-LOL[ettv] |
| 12/25/2012 | The Dark Knight Rises 2012 480p BrRip x264 [Dual Audio] English-Hindi NimitMak SilverRG |
| 12/25/2012 | The Dark Knight Rises (2012) [1080p] |
| 12/24/2012 | Pure18 - Sara Monroe.mp4 |
| 12/23/2012 | RealExGirlfriends  Dirty Whore Cheating Sensi  Sensi Pearl |
| 12/23/2012 | Morning Rendezvous with Selena Rose HD1080p (reshi5531) |
| 12/23/2012 | First Time Auditions Natalie Nunez.mp4 |
| 12/22/2012 | Frankenweenie.2012.DVDRip.XviD-COCAIN |
| 12/22/2012 | American Daydreams - Tori Black.mp4 |
| 12/20/2012 | Sex Art - Cameron Canada.avi |
| 12/20/2012 | 18YearsOld - Elaina Raye.wmv |
| 12/17/2012 | zl11086_3000.mp4 |
| 12/17/2012 | Ice Age 4 Continental Drift 2012 720p BluRay x264-MgB |
| 12/17/2012 | Heat-720p MP4 AAC x264 BRRip 1995-CC |
| 12/16/2012 | TeenyLovers - Linda 13 Dec 2012 .mp4 |
| 12/16/2012 | Transformers Dark of the Moon (2011) [ukr,eng] [sub ukr,eng] BDRip 720p [ torrents.net.ua ] by Jatx..mkv |
| 12/16/2012 | SellYourGF - Lisa (Gina Gerson).mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E06.720p.HDTV.x264-EVOLVE [PublicHD] |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 12/15/2012 | Childrens.Hospital.US.S04E10.HDTV.x264-2HD.mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 12/15/2012 | Childrens.Hospital.US.S04E05.HDTV.x264-EVOLVE.mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E03.HDTV.x264-EVOLVE.mp4 |
| 12/15/2012 | Childrens Hospital S04E05 720p WEB-DL H.264-HoodBag [PublicHD] |
| 12/15/2012 | Childrens.Hospital.US.S04E13.HDTV.x264-EVOLVE.mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E14.HDTV.x264-2HD.mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E12.HDTV.x264-2HD.mp4 |
| 12/15/2012 | Childrens.Hospital.US.S04E11.HDTV.x264-2HD.mp4 |
| 12/15/2012 | [ www.Speed.Cd ] - Childrens.Hospital.US.S04E09.720p.HDTV.x264-2HD |
| 12/14/2012 | The Big Bang Theory S06E11 HDTV x264-LOL[ettv] |
| 12/14/2012 | Childrens.Hospital.US.S04E04.720p.HDTV.x264-2HD [PublicHD] |
| 12/14/2012 | cr11013_1500.mp4 |
| 12/14/2012 | Childrens.Hospital.US.S04E02.720p.HDTV.x264-2HD [PublicHD] |
| 12/12/2012 | Guys With Kids S01E06 HDTV x264-EVOLVE |
| 12/10/2012 | Family Guy S11E07 HDTV x264-LOL[ettv] |
| 12/09/2012 | FuckedHard18 - Ashley Grace.wmv |
| 12/09/2012 | UFC.On.Fox.Henderson.vs.Diaz.8th.Dec.2012.HDTV.x264-Sir.Paul |
| 12/07/2012 | ManualSqlServer2000 -Espa?ol-.rar |
| 12/07/2012 | The Big Bang Theory S06E10 HDTV x264-LOL[ettv] |
| 12/07/2012 | CasualTeenSex - Casual Fucking for Lucky Teeny - Linda [720p].mp4 |
| 12/06/2012 | Mofos-Vanessa Sixxx (School Slut 29.11. (2012) SATRip |
| 12/05/2012 | peek_a_boob_big.mp4 |
| 12/04/2012 | TeenBFF Mia Malkova, Casana Lei Flexible Girl Threesome.avi |
| 12/03/2012 | 2ChicksSameTime - Madison Fox, Tera Knightly.wmv |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 12/03/2012 | 12.12.02.Summer Rae_StreetBlowjobs_ImgZilla.mp4 |
| 12/01/2012 | RealExGirlfriends - Anikka Albrite (Anikkas Sweet Cupca.wmv |
| 11/30/2012 | The Big Bang Theory S06E09 HDTV x264-LOL[ettv] |
| 11/27/2012 | Family.Guy.S11E06.HDTV.x264-LOL.mp4 |
| 11/25/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 11/25/2012 | CzechGangBang.13.720p.wmv |
| 11/22/2012 | Hotel.Transylvania.2012.TS.NEW.SOURCE.XviD-MATiNE |
| 11/21/2012 | p1037_monika_sd.mp4 |
| 11/20/2012 | Mia Malkova-CastingCouch.mp4 |
| 11/20/2012 | Daredorm - Three Is A Crowd - Ivette.flv |
| 11/19/2012 | Family Guy S11E05 HDTV x264-LOL[ettv] |
| 11/18/2012 | UFC.154.HDTV.XviD.FreaK |
| 11/16/2012 | The Big Bang Theory S06E08 HDTV x264-LOL[ettv] |
| 11/16/2012 | Cisco Network Magic Pro v5.5.9195 + Cracked .dll |
| 11/16/2012 | X-Art - Finding Elysium - Susie, Kaylee [720p].mov |
| 11/16/2012 | btaw_gia_juelz_480p_1000.mp4 |
| 11/15/2012 | YoungLegalPorn - Strap-On Delight - Dakota, Mia [720p].mp4 |
| 11/13/2012 | Family.Guy.S11E04.HDTV.XviD-AFG |
| 11/13/2012 | pup_bela_720p_8000.mp4 |
| 11/12/2012 | FirstAnalQuest - Helen [720p].mp4 |
| 11/10/2012 | The Big Bang Theory S06E07 HDTV x264-LOL[ettv] |
| 11/10/2012 | RealExGirlfriends - Kendall's Changing Room - Kendall Karson.mp4 |
| 11/09/2012 | DP.Fanatic.2 |
| 11/08/2012 | x-art_ivy_sebastian_soul_mates_720.mov |
| 11/08/2012 | South.Park.S16E13.HDTV.XviD-AFG |

EXHIBIT C

CO140

| Hit Date UTC | Filename |
|---|---|
| 11/06/2012 | Family Guy S11E03 HDTV XviD-SaM[ettv] |
| 11/06/2012 | CanHeScore - Ava Devine |
| 11/04/2012 | Collegerules - Its All About Sharing In College [720p].mp4 |
| 11/03/2012 | X-Art.Still.With.Me.720p.wmv |
| 10/31/2012 | 12.10.30.Evi Fox_InTheVip_ImgZilla.mp4 |
| 10/30/2012 | rm10877_1500 [Natasha Nice - Great tits to motorboat].mp4 |
| 10/30/2012 | 18YearsOld - Abby Lane.wmv |
| 10/28/2012 | Crossroads 1986 720p HDTV x264 aac vice |
| 10/26/2012 | The.Big.Bang.Theory.S06E05.HDTV.XviD-AFG |
| 10/24/2012 | pussy_pearls_big.mp4 |
| 10/24/2012 | X-Art - A Day to Remember - Baby [720p].wmv |
| 10/23/2012 | College.Wild.Parties.23.XXX.DVDRiP.XviD-DivXfacTory |
| 10/20/2012 | Tokyo-hot - Anal Virgin - Mako Nagase [Uncensored].avi |
| 10/13/2012 | pos10799_3000.mp4 |
| 10/11/2012 | clear_satisfaction_big.mp4 |
| 10/10/2012 | The.Big.Bang.Theory.S06E02.HDTV.x264-LOL.mp4 |
| 10/09/2012 | Family.Guy.S11E01.HDTV.x264-LOL.mp4 |
| 10/05/2012 | bb10768_800.mp4 |
| 10/05/2012 | X-Art - Wild Things - Silvie, Grace [720p].wmv |
| 10/05/2012 | South.Park.S16E09.HDTV.XviD-AFG |
| 10/02/2012 | Tight Ass Teens - Lucy Roberts, Darian Lee, April Haze, Alexa Blue.mp4 |
| 09/28/2012 | South.Park.S16E08.HDTV.XviD-AFG |
| 09/28/2012 | The Tree of Life (2011) DVDRip XviD-MAXSPEED |
| 09/27/2012 | Warm.Bodies.DvDrip[FR-SUB]-NikonXp |
| 09/27/2012 | MoneyTalks - Booby Trap - Linda Lay.mp4 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 09/25/2012 | ap10749_3000.mp4 |
| 09/24/2012 | DareDorm - Pants Off Dance Off.mp4 |
| 09/23/2012 | CollegeRules - The Sisterhood Is Calling [720p].mp4 |
| 09/23/2012 | UFC.152.Jones.vs.Belfort.DSR.XviD-XWT |
| 09/23/2012 | WoodmanCastingX.12.09.21.Ivana.Sugar.Hardcore.XXX_x264.mp4 |
| 09/21/2012 | Doll.House.8.XXX.DVDRiP.XviD-DivXfacTory |
| 09/20/2012 | party_hard_big.mp4 |
| 09/16/2012 | SellYourGF - Best Teen Sex Money Can Buy - Amanda [720p].mp4 |
| 09/15/2012 | ktr.gfr.12.09.10.easy.access.flv |
| 09/15/2012 | Easy Money.2012.DVDRip.XviD {1337x}-Blackjesus |
| 09/15/2012 | Marc Dorcel _Bachelorette-Party_2012 |
| 09/15/2012 | Liza.Del.Sierra.Captain.Hiney.CaptainStabbin.mp4 |
| 09/11/2012 | FuckedHard18 - Special Update - Whitney, Angelica [720p].wmv |
| 09/11/2012 | X-Art - Morning Memories - Cindy [720p].wmv |
| 09/08/2012 | Madison - Breakfast Then Bed.mpg |
| 09/08/2012 | Lady Gaga-Born This Way-(Special Edition)-2CD-2011-pLAN9 |
| 09/08/2012 | EuroSexParties  Aleska Diamond, Ivana Sugar |
| 09/07/2012 | Futurama.S07E12.HDTV.XviD-AFG |
| 09/03/2012 | Dragonball z movies (1-13 and special's english) |
| 09/02/2012 | Collegerules - Everybody's Fucking [720p].mp4 |
| 08/31/2012 | Czechav - Czechmegaswingers 15 Part 1 [720p].wmv |
| 08/31/2012 | tngfjuliaphoenixjohnny.mp4 |
| 08/29/2012 | down to business big.mp4 |
| 08/26/2012 | AssholeFever - Speedy fuck - Mandi Dee.wmv |
| 08/23/2012 | SellYourGF - Satisfaction for Quick Cash - Aisha [720p].mp4 |

EXHIBIT C

CO140

| Hit Date UTC | Filename |
|---|---|
| 08/23/2012 | Babes - Dream Lover - Rylie Richman [1080p].mp4 |
| 08/17/2012 | Futurama.S07E05.HDTV.XviD-AFG |
| 08/16/2012 | Futurama S07E10 HDTV x264-ASAP[ettv] |
| 08/14/2012 | ktr.gdp.e170.18.years.old.wmv |
| 08/13/2012 | CumshotSurprise - Haley Sweet ** 12 august 2012 ** MP4 540p.mp4 |
| 08/12/2012 | 18YearsOld - No One Is Home - Whitney Westgate.mp4 |
| 08/12/2012 | UFC.150.Henderson.vs.Edgar.11th.Aug.2012.HDTV.x264-Sir.Paul |
| 08/10/2012 | MyFriendsHotGirl - Lilly Banks [1080p].mp4 |
| 08/10/2012 | Elfen Lied DVD Set |
| 08/09/2012 | Mardock_Scramble_The_Second_Combustion_(2011)_[720p,BluRay,flac,x264]_-_THORA |
| 08/09/2012 | Futurama S07E09 HDTV x264-ASAP[ettv] |
| 08/07/2012 | amjessieanthony_720.mp4 |
| 08/07/2012 | WowGirls - Squeezing Cocktails - Lorena, Penelope [720p].mp4 |
| 08/07/2012 | Fellucia Blow - 21 - The Raven And The Swan |
| 08/07/2012 | [ www.Speed.Cd ] - Cowboys.and.Aliens.2011.DVDRip.x264.AAC-eXceSs |
| 08/07/2012 | Orgasms.xxx - Girlfriend Boyfriend Swap - Emma, Niki [720p].mov |
| 08/06/2012 | Girlfriends Get Even #2 |
| 08/05/2012 | Ella.Milano.1280.mpg |
| 08/05/2012 | Their Favorite Tutor.mpg |
| 08/02/2012 | Sorority.Orgy.XviD-SWE6RUS |
| 08/01/2012 | TeenHitchhikers Giselle Monet 720p.wmv |
| 07/29/2012 | Teen Dreams 13 Lela Star.avi |
| 07/29/2012 | CasualTeenSex.11.12.10.Masha.XXX.720p.MP4-KTR |
| 07/28/2012 | X-Art - Morning Tryst - Gianna [1080p].mov |
| 07/27/2012 | Pretty.Dirty.2 |

EXHIBIT C

CO140

| Hit Date  UTC | Filename |
|---|---|
| 07/24/2012 | candy-540p.mp4 |
| 07/24/2012 | X-Art - Wet Dream - Ivy [1080p].mov |
| 07/21/2012 | teaser_pleaser_big.mp4 |
| 07/21/2012 | Dirty Masseur - LILY LABEAU |
| 07/21/2012 | Victoria Rae Black - Pussy Pleasure HD720p (reshi5531) |
| 07/19/2012 | robyn_and_tonya_brcc.wmv |
| 07/18/2012 | Holly.Michaels.Deep.Throat.Weekend.PassionHD.07.17.12.HD.wmv |
| 07/18/2012 | ftnaavrildanny_2k.wmv |

EXHIBIT C