IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.   13-cv-00998-WYD-MEH  
Courtroom Deputy: Cathy Pearson

Date:   April 9, 2014  
**FTR – Courtroom A501**

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

SHAWN VIGIL,

    Defendant.

Jason Kotzker

*Pro Se*

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   10:51 a.m.

Court calls case.   Appearances of counsel for Plaintiff and *pro se* Defendant.

Argument and discussion held regarding Plaintiff's Motion to Compel Defendant's Discovery Responses and Fed. R. Civ. P. 26(a) Disclosures (Doc. 32, filed 2/28/14).

**ORDERED:**  1.  Plaintiff's Motion to Compel Defendant's Discovery Responses and Fed. R. Civ. P. 26(a) Disclosures (Doc. 32, filed 2/28/14) is GRANTED as stated on the record.   Defendant shall provide responses to Plaintiff's discovery requests on or before **May 1, 2014.**

2. The discovery deadline is extended to and including **June 2, 2014.**

3. Any discovery requests Defendant would like to submit to Plaintiff must be in the mail on or before **April 16, 2014.**

4. Defendant shall provide Rule 26(a)(1) disclosures to Plaintiff on or before **April 16, 2014.**

**Court in recess:**   11:31 a.m.   (Hearing concluded)  
**Total time in court:**  0:40

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.